UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
LEONORIO FACUNDO MORENO            :
SALAZAR, individually and on behalf of   :
others similarly situated,                         :
:
                      Plaintiffs,      :       22-CV-7320 (VSB)
:
         -against-                :       **ORDER**
:
SAUCE PIZZERIA LLC (D/B/A SAUCE    :
PIZZERIA- 12th Street), SAUCE              :
MANGEMENT LLC (D/B/A SAUCE), LES :
PIZZA LLC (D/B/A SAUCE PIZZERIA-   :
LES), ADAM ELZER, HRVOJE                 :
BRKLJACIC, EARL PETERKIN, and         :
MATHEW SILVA                                      :
                      Defendant.   :
:
------------------------------------------------------------ X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       Plaintiffs filed this action on August 26, 2022, (Doc. 1), and filed affidavits and waivers of service between September 15, 2022 and September 22, 2022, (Docs. 18-27). The deadline for Defendants Earl Peterkin, Hrvoje Brkljacic, Matthew Silva, and Adam Elzer to respond to Plaintiffs' complaint was September 23, 2022. (*See* Docs 24-27.) To date, Defendants have not responded to the complaint. Plaintiffs, however, have taken no action to prosecute this case against the individual Defendants. Accordingly, if Plaintiffs intend to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than November 4, 2022. If Plaintiffs fail to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case against the individual defendants for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). SO ORDERED.

Dated:  October 26, 2022
        New York, New York

_____
VERNON S. BRODERICK
United States District Judge