UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
LEONORIO FACUNDO MORENO :
SALAZAR, individually and on behalf of :
others similarly situated, :
                             Plaintiffs, :        22-CV-7320 (VSB)
:
            -against- :        **ORDER**
:
SAUCE PIZZERIA LLC (D/B/A SAUCE :
PIZZERIA- 12th Street), SAUCE :
MANGEMENT LLC (D/B/A SAUCE), LES :
PIZZA LLC (D/B/A SAUCE PIZZERIA- :
LES), ADAM ELZER, HRVOJE :
BRKLJACIC, EARL PETERKIN, and :
MATHEW SILVA :
                           Defendant. :
:
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: April 7, 2023
      New York, New York

                                                          _____
                                                           Vernon S. Broderick
                                                           United States District Judge