**Ogletree Deakins**

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

*Attorneys at Law*

599 Lexington Ave, Fl 17
New York, New York 10022
Telephone: 212-492-2500
Facsimile: 212-492-2501
www.ogletree.com

Evan B. Citron
212-492-2068
evan.citron@ogletree.com

The conference scheduled for July 27, 2023 is adjourned. SO ORDERED.

*/s/ Vernon Broderick*

7/26/2023

July 25, 2023

**VIA ECF**

The Honorable Vernon Broderick
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY  10007

    Re:  *Salazar v. Sauce Pizzeria LLC et al.*,
          Case No.  1:2-cv-07320-VSB

Dear Judge Broderick:

    We represent Defendants Sauce Pizzeria LLC, Sauce Management LLC, LES Pizza LLC, Adam Elzer, Hrvoje Brkljacic, Earl Peterkin, and Matthew Silva (collectively, "Defendants") in the above-referenced matter.  On behalf of all parties, and in accordance with Rule I.G of Your Honor's Individual Practices, we respectfully write to request an adjournment of the Court conference currently scheduled for July 27, 2023.  The parties respectfully submit this request because they expect that the documents effectuating their settlement of this action will be fully-executed within the next few business days.  In light of that development, the parties respectfully submit the instant request.  This is the parties' first request for the relief sought herein.

    Thank you for Your Honor's consideration of this request.

                      Respectfully submitted,

                      OGLETREE, DEAKINS, NASH,
                      SMOAK & STEWART, P.C.

                      By: *s/ Evan B. Citron*
                          Evan B. Citron

cc:    All counsel of record (via ECF)

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington

57458629.v1-OGLETREE