UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

LEONORIO FACUNDO MORENO SALAZAR,
*individually and on behalf of others similarly situated,*

        *Plaintiff,*

  -against-

SAUCE PIZZERIA LLC (D/B/A SAUCE PIZZERIA-12th Street), SAUCE MANGEMENT LLC (D/B/A SAUCE), LES PIZZA LLC (D/B/A SAUCE PIZZERIA-LES), ADAM ELZER, HRVOJE BRKLJACIC, EARL PETERKIN, and MATHEW SILVA,

        *Defendants.*

-----------------------------------------------------------------X

Civil Action No. **1:22-cv-07320**

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

To: Evan Benjamin Citron, Esq.
   **Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
   599 Lexington Ave, 17th Floor
   New York, NY 10022
   *Attorneys for Defendants*

PLEASE TAKE NOTICE that Plaintiff LEONORIO FACUNDO MORENO SALAZAR hereby accepts the offer of judgment made by Defendants SAUCE PIZZERIA LLC (D/B/A SAUCE PIZZERIA- 12th Street), SAUCE MANGEMENT LLC (D/B/A SAUCE), LES PIZZA LLC (D/B/A SAUCE PIZZERIALES), ADAM ELZER, HRVOJE BRKLJACIC, EARL PETERKIN, and MATHEW SILVA pursuant to Rule 68 of the Federal Rules of Civil Procedure, dated August 7, 2023. A true copy of the offer of judgment is annexed hereto as Exhibit A.

Dated: New York, New York
       August 7, 2023

/s/ Jarret Bodo
Jarret Bodo
CSM LEGAL, P.C.
60 East 42nd Street, Suite 4510
New York, NY 10165
(212) 317-1200
*Attorneys for Plaintiff*

2