UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LEONORIO FACUNDO MORENO SALAZAR,
*individually and on behalf of others similarly situated,*

               *Plaintiff*,

       -against-

SAUCE PIZZERIA LLC (D/B/A SAUCE PIZZERIA-12th Street), SAUCE MANGEMENT LLC (D/B/A SAUCE), LES PIZZA LLC (D/B/A SAUCE PIZZERIA-LES), ADAM ELZER, HRVOJE BRKLJACIC, EARL PETERKIN, and MATHEW SILVA,

               *Defendants.*

-----------------------------------------------------------------X

Civil Action No. **1:22-cv-07320-VSB**

**[Proposed Form Of]
JUDGMENT**

## JUDGMENT

On August 7, 2023 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, LEONORIO FACUNDO MORENO SALAZAR, have judgment against SAUCE PIZZERIA LLC (D/B/A SAUCE PIZZERIA- 12th Street), SAUCE MANGEMENT LLC (D/B/A SAUCE), LES PIZZA LLC (D/B/A SAUCE PIZZERIALES), ADAM ELZER, HRVOJE BRKLJACIC, EARL PETERKIN, and MATHEW SILVA, jointly and severally, in the amount of Forty-Seven Thousand Five Hundred Dollars and Zero Cents ($47,500.00), which is inclusive of attorneys' fees and costs.

Dated: _____, 2023

                                                        _____
                                                        VERNON S. BRODERICK
                                                        UNITED STATES DISTRICT JUDGE