UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

LEONORIO FACUNDO MORENO SALAZAR,
*individually and on behalf of others similarly situated,*

                       *Plaintiff,*

      -against-

SAUCE PIZZERIA LLC (D/B/A SAUCE PIZZERIA-12th Street), SAUCE MANGEMENT LLC (D/B/A SAUCE), LES PIZZA LLC (D/B/A SAUCE PIZZERIA-LES), ADAM ELZER, HRVOJE BRKLJACIC, EARL PETERKIN, and MATHEW SILVA,

                       *Defendants.*

-------------------------------------------------------------X

Civil Action No. **1:22-cv-07320-VSB**

**JUDGMENT**

## **JUDGMENT**

On August 7, 2023 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, LEONORIO FACUNDO MORENO SALAZAR, have judgment against SAUCE PIZZERIA LLC (D/B/A SAUCE PIZZERIA- 12th Street), SAUCE MANGEMENT LLC (D/B/A SAUCE), LES PIZZA LLC (D/B/A SAUCE PIZZERIALES), ADAM ELZER, HRVOJE BRKLJACIC, EARL PETERKIN, and MATHEW SILVA, jointly and severally, in the amount of Forty-Seven Thousand Five Hundred Dollars and Zero Cents ($47,500.00), which is inclusive of attorneys' fees and costs.

Dated: August 8, 2023

                                                                _____
                                                                 VERNON S. BRODERICK
                                                                 UNITED STATES DISTRICT JUDGE